IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| THE HALAL SHACK, INC. | * |
| Plaintiff | * |
| v. | * Civil Case No. SAG-19-3126 |
| LEGENDS HALAL SHACK, LLC | * |
| Defendant | * |

## MEMORANDUM OPINION

I have reviewed Plaintiff's Motion for Attorneys' Fees and Costs, ECF 26, which was unopposed. While the hours billed in performing the relevant work are reasonable under the governing legal standards, the proposed hourly rates are not. First, the rates wildly exceed the presumptively reasonable rates set forth in this Court's Local Rules, without sufficient explanation for the excess in this uncontested matter. Second, counsel propose "blending" the counsel and paralegal rates, which entirely defeats the purpose of having a paralegal perform the majority of the work relevant to the motion. Even the proposed "blended" rate well exceeds the upper limit of the rate structure in this Court's guidelines. Accordingly, this Court will reduce the hourly rates billed to the top ranges of the Guidelines set forth in Appendix B of the Local Rules. The rate for each attorney's hourly work will be $475, since both attorneys have at least 20 years of experience at the bar. The rate for the paralegal's work will be reduced to $150, and the "blending" of the rates is eliminated. The result, when the fees are added to the $160 in costs incurred, is an award of $3235.00. A separate order of judgment will enter.

Dated: February 9, 2021

/s/
Stephanie A. Gallagher
United States District Judge